United States Bankruptcy Court
District of Colorado

In re:  Case No. 23-10177-JGR
Matthew Luke Marchese  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2
Date Rcvd: Jan 20, 2023      Form ID: 769      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Luke Marchese, 7840 Big Pine Court, Colorado Springs, CO 80920-4514 |
| pp | + | Nanci Rogers, 2525 Verde Drive #221, Colorado Springs, CO 80910-2106 |
| 19328678 | + | Colorado Housing & Finance, Re: XX XXX 5262, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 19328695 | + | Indigo Credit Card, Re: XX XXX 5262, 14600 Greenbriar Parkway, Beaverton, OR 97006-5745 |
| 19328687 | + | Kata Dult, Re: XX XXX 5262, 5204 Tennyson Pkwy #500, Plano, TX 75024-7142 |
| 19328682 | + | State of Colorado Child Support, Re: XX XXX 5262, 14980 E Alameda Dr.,, Aurora, CO 80012-1542 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FLHMARTINEZ | Jan 21 2023 03:19:00 | Lynn Martinez, 1123 N. Elizabeth St., Pueblo, CO 81003-2259 |
| 19328683 | + | EDI: CAPITALONE.COM | Jan 21 2023 03:19:00 | Capital One, Re: XX XXX 5262, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 19328694 | + | Email/Text: bkinfo@ccfi.com | Jan 20 2023 22:19:00 | Check into Cash of Colorado, Re: XX XXX 5262, 3659-36 Austin Bluffs Pkwy, Colorado Springs, CO 80918-6659 |
| 19328684 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 22:32:19 | Conn Credit Corporation, Re: XX XXX 5262, PO Box 815867, Dallas, TX 75381-5867 |
| 19328679 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 20 2023 22:19:00 | Dovenmuehle Mortgage, Inc., Re: XX XXX 5262, 1 Corporate Drive, Suite 360,, Lake Zurich, IL 60047 |
| 19328691 | | Email/Text: BNSTAZ@capitalsvcs.com | Jan 20 2023 22:19:00 | Taz Visa, Re: XX XXX 5262, PO Box 2876, Omaha, NE 68102 |
| 19328686 | + | Email/Text: BNSTAZ@capitalsvcs.com | Jan 20 2023 22:19:00 | FNB Old Ham/CCS, Re: XX XXX 5262, PO Box 5081, Sioux Falls, SD 57117-5081 |
| 19328685 | + | EDI: BLUESTEM | Jan 21 2023 03:19:00 | Fetti Fingerhut, Re: XX XXX 5262, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 19328680 | + | Email/Text: bankruptcy@glsllc.com | Jan 20 2023 22:19:00 | Global Lending Service, Re: XX XXX 5262, 3399 Peachtree Rd.,, NE Unit 400, Atlanta, GA 30326-1120 |
| 19328681 | | EDI: IRS.COM | Jan 21 2023 03:19:00 | Internal Revenue Service, Re: XX XXX 5262, PO Box 7704, San Francisco, CA 94120 |
| 19328688 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2023 22:19:00 | Kohls Department Store, Re: XX XXX 5262, PO Box 3115, Milwaukee, WI 53201-3115 |
| 19328689 | + | EDI: PHINGENESIS | Jan 21 2023 03:19:00 | Milestone Credit Card/Genesis, Re: XX XXX 5262, PO Box 84059, Columbus, GA 31908-4059 |
| 19328690 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 20 2023 22:19:00 | National Credit Systems, Re: XX XXX 5262, PO |

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2023 | Form ID: 769 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 19328696 | ^ MEBN | | | Box 672288, Marietta, GA 30006 |
| | | Jan 20 2023 22:14:19 | | Patenaude & Felix, APC, Re: XX XXX 5262, 9619 Chesapeake Drive, Ste. 300, San Diego, CA 92123-1392 |
| 19328692 | + EDI: WTRRNBANK.COM | Jan 21 2023 03:19:00 | | TD Bank USA/Target, Re: XX XXX 5262, PO Box 673, Minneapolis, MN 55440-0673 |
| 19328693 | + EDI: PHINGENESIS | Jan 21 2023 03:19:00 | | The Bank of Missouri, Re: XX XXX 5262, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn Martinez | lmartinez@trustee.comcastbiz.net  lhm@trustesolutions.net |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Matthew Luke Marchese<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5262<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Colorado | | Date case filed for chapter:   7   1/17/23 |
| Case number: 23-10177-JGR | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Matthew Luke Marchese | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7840 Big Pine Court<br>Colorado Springs, CO 80920 | |
| 4. | **Debtor's attorney**<br>Name and address | Matthew Luke Marchese<br>7840 Big Pine Court<br>Colorado Springs, CO 80920 | Contact phone 719-341-9301<br>Email mmarchese11@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lynn Martinez<br>1123 N. Elizabeth St.<br>Pueblo, CO 81003 | Contact phone 719-542-6707<br>Email lmartinez@trustee.comcastbiz.net |

The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**   page 1
b309a_7cna

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court  US Custom House  721 19th St.  Denver, CO 80202-2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM  Contact phone 720-904-7300  Date: 1/19/23 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 21, 2023** at **08:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 720-287-7359, Meeting ID 293 107 0002, Passcode 3708189328**  For additional meeting information go to www.justice.gov/ust/moc. |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/24/23** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |