United States Bankruptcy Court
District of Colorado

In re: Case No. 23-10177-JGR
Matthew Luke Marchese Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: May 01, 2023     Form ID: 177     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pp | + | Nanci Rogers, 2525 Verde Drive #221, Colorado Springs, CO 80910-2106 |
| 19350097 | | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19328695 | + | Indigo Credit Card, Re: XX XXX 5262, 14600 Greenbriar Parkway, Beaverton, OR 97006-5745 |
| 19328687 | + | Kata Dult, Re: XX XXX 5262, 5204 Tennyson Pkwy #500, Plano, TX 75024-7142 |
| 19328682 | + | State of Colorado Child Support, Re: XX XXX 5262, 14980 E Alameda Dr.,, Aurora, CO 80012-1542 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 02 2023 03:48:00 | COLORADO HOUSING AND FINANCE AUTHORITY, 1 Corporate Drive, Ste. 360, Lake Zurich, IL 60047-8945 |
| 19328683 | + | EDI: CAPITALONE.COM | May 02 2023 06:46:00 | Capital One, Re: XX XXX 5262, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 19328694 | + | Email/Text: bkinfo@ccfi.com | May 02 2023 03:49:00 | Check into Cash of Colorado, Re: XX XXX 5262, 3659-36 Austin Bluffs Pkwy, Colorado Springs, CO 80918-6659 |
| 19328678 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | May 02 2023 03:48:00 | Colorado Housing & Finance, Re: XX XXX 5262, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 19350097 | | Email/PDF: bncnotices@becket-lee.com | May 02 2023 04:01:17 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19328684 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2023 04:01:14 | Conn Credit Corporation, Re: XX XXX 5262, PO Box 815867, Dallas, TX 75381-5867 |
| 19328679 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 02 2023 03:48:00 | Dovenmuehle Mortgage, Inc., Re: XX XXX 5262, 1 Corporate Drive, Suite 360,, Lake Zurich, IL 60047 |
| 19328691 | | Email/Text: BNSTAZ@capitalsvcs.com | May 02 2023 03:48:00 | Taz Visa, Re: XX XXX 5262, PO Box 2876, Omaha, NE 68102 |
| 19328686 | + | Email/Text: BNSTAZ@capitalsvcs.com | May 02 2023 03:48:00 | FNB Old Ham/CCS, Re: XX XXX 5262, PO Box 5081, Sioux Falls, SD 57117-5081 |
| 19328685 | + | EDI: BLUESTEM | May 02 2023 06:46:00 | Fetti Fingerhut, Re: XX XXX 5262, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 19328680 | + | Email/Text: bankruptcy@glsllc.com | May 02 2023 03:48:00 | Global Lending Service, Re: XX XXX 5262, 3399 Peachtree Rd.,, NE Unit 400, Atlanta, GA 30326-1120 |
| 19328681 | | EDI: IRS.COM | May 02 2023 06:46:00 | Internal Revenue Service, Re: XX XXX 5262, PO Box 7704, San Francisco, CA 94120 |
| 19328688 | + | Email/Text: PBNCNotifications@peritusservices.com | May 02 2023 03:48:00 | Kohls Department Store, Re: XX XXX 5262, PO |

District/off: 1082-1      User: admin      Page 2 of 2
Date Rcvd: May 01, 2023      Form ID: 177      Total Noticed: 22

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Box 3115, Milwaukee, WI 53201-3115 |
| 19328689 | + EDI: PHINGENESIS | May 02 2023 06:46:00 | Milestone Credit Card/Genesis, Re: XX XXX 5262, PO Box 84059, Columbus, GA 31908-4059 |
| 19328690 | Email/Text: bankruptcy@nationalcreditsystems.com | May 02 2023 03:48:00 | National Credit Systems, Re: XX XXX 5262, PO Box 672288, Marietta, GA 30006 |
| 19328696 | ^ MEBN | May 02 2023 03:44:59 | Patenaude & Felix, APC, Re: XX XXX 5262, 9619 Chesapeake Drive, Ste. 300, San Diego, CA 92123-1392 |
| 19328692 | + EDI: WTRRNBANK.COM | May 02 2023 06:46:00 | TD Bank USA/Target, Re: XX XXX 5262, PO Box 673, Minneapolis, MN 55440-0673 |
| 19328693 | + EDI: PHINGENESIS | May 02 2023 06:46:00 | The Bank of Missouri, Re: XX XXX 5262, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Lynn Martinez
lmartinez@trustee.comcastbiz.net  lhm@trustesolutions.net

Matthew Luke Marchese
mmarchese11@yahoo.com

N. April Winecki
on behalf of Creditor COLORADO HOUSING AND FINANCE AUTHORITY bankruptcyecf@janewaylaw.com G23349@notify.cincompass.com;nortonlawpc@gmail.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew Luke Marchese<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5262<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of Colorado | | |
| Case number:    23-10177-JGR | | |

## Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Luke Marchese

5/1/23

**By the court:** Joseph G. Rosania Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**