United States Bankruptcy Court
District of Colorado

In re:  Case No. 23-10177-JGR
Matthew Luke Marchese  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 1
Date Rcvd: Jun 09, 2023      Form ID: pdf904      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 19328678 | + Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 09 2023 22:43:00 | Colorado Housing & Finance, Re: XX XXX 5262, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lynn Martinez | lmartinez@trustee.comcastbiz.net  lhm@trustesolutions.net |
| Matthew Luke Marchese | mmarchese11@yahoo.com |
| N. April Winecki | on behalf of Creditor COLORADO HOUSING AND FINANCE AUTHORITY bankruptcyecf@janewaylaw.com G23349@notify.cincompass.com;nortonlawpc@gmail.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Electronically Recorded Proceeding

June 9, 2023

Honorable Joseph G. Rosania, Jr., Presiding
Courtroom B

In re:
**MATTHEW LUKE MARCHESE**

**Last four digits of SS#  5262**

Debtor.

Bankruptcy Case No. **23-10177-JGR**

Chapter **7**

**Appearances:**

| | | | |
|---|---|---|---|
| Debtor | Matthew Luke Marchese | Counsel | *Pro se* |
| Creditor | Colorado Housing and Finance Authority | Counsel | April Winecke |

**Proceedings:** Telephonic hearing regarding the Reaffirmation Agreement between Debtor, pro se, and Colorado Housing and Finance Authority filed on May 10, 2023 (Docket #19).

Entry of Appearances and statements/arguments made. All parties appeared by telephone.

Debtor was present and was advised of his rights pursuant to 11 U.S.C. Section 524(d). The Reaffirmation Agreement was signed on May 2, 2023, after the entry of discharge, but concerns real estate.

**Orders:**
Oral findings and conclusions made of record.

IT IS ORDERED that the Court neither approved nor declined to approve the Reaffirmation Agreement filed May 10, 2023 (Docket #19) because it relates to real estate.

BY THE COURT:
Kenneth S. Gardner, Clerk

By:  S. Nicholls, Law Clerk